DARIN D. SMITH
United States Attorney
JESSE NAIMAN (WY Bar # 7-5516)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
jesse.naiman@usdoj.gov

U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 JUN 23  AM 8: 26

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA          )
                                  )
              Plaintiff,          )
                                  )
       v.                         )      Case No. 26-CV-196-SWS
                                  )
A 2018 KIA SORENTO; VIN           )
5XYPGDA59JG408732                 )
                                  )
              Defendant.          )

---

## UNITED STATES OF AMERICA'S VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff United States of America, by and through the Acting United States Attorney for the District of Wyoming, and Assistant United States Attorney Jesse Naiman, brings this verified complaint for forfeiture in a civil action *in rem*, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure, against: a 2018 Kia Sorento; VIN 5XYPGDA59JG408732, seized on January 29, 2026 ("Defendant Property"). In support of this complaint, the United States alleges as follows:

### I.    NATURE OF ACTION AND THE DEFENDANTS IN REM

1.  The plaintiff is the United States of America.

2. Defendant Property includes a 2018 Kia Sorento; VIN 5XYPGDA59JG408732, seized from the intersection of North College Drive and East Lincoln Way, Cheyenne, Wyoming on January 29, 2026.

## II.   JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1345, which provides the Court with jurisdiction over all civil actions commenced by the United States, and 28 U.S.C. § 1355, which provides the Court with jurisdiction over actions to recover or enforce forfeitures.

4. This Court has *in rem* jurisdiction over the Defendant Property and venue pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture took place in the District of Wyoming, and pursuant to 28 U.S.C. § 1395(b) because the property to be forfeited was found within the District of Wyoming.

5. All property subject to forfeiture under this complaint was seized in Cheyenne, Wyoming, within the District of Wyoming. As of the date of this action the 2018 Kia Sorento; VIN 5XYPGDA59JG408732 remains in federal custody with the United States Marshal's Service in Denver, Colorado. As set forth in Supplemental Rule G(3)(b)(i), the Clerk of Court must issue a warrant to arrest the Defendant Property if they are in the government's possession, custody, or control.

## III.   BASIS FOR FORFEITURE

6. Plaintiff alleges the Defendant Property (1) possessed a controlled substance in violation of the Controlled Substances Act (21 U.S.C. § 844); (2) conspired to transported controlled substances from the State of Colorado to the State of Wyoming in violation of the Controlled Substances Act (21 U.S.C. § 846).  Therefore, the Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

## IV.    FACTS GIVING RISE TO FORFEITURE

7.  In December 2025, Cheyenne Police Department Officer Ty Volin, who is assigned as a Task Force Officer (TFO) to the Drug Enforcement Administration (DEA) in the Cheyenne, Wyoming office received information that Robert Helsley was obtaining controlled substances from the Denver area in Colorado, for distribution in Wyoming.

8.  On January 29, 2026, at approximately 6:00 p.m., DEA Agents surveilled Robert Helsley and his wife Laura Helsley, driving a 2018 Kia Sorento from Cheyenne, Wyoming to Denver, Colorado.  Robert Helsley was observed meeting an individual in the Denver, Colorado metropolitan area for a short time and then he and his wife returned to Cheyenne, Wyoming.

9.  On January 29, 2026, at approximately 8:45 p.m., a Cheyenne Police Officer conducted a traffic stop for speeding on the 2018 Kia Sorento at the intersection of North College and East Lincoln Way in Cheyenne, Wyoming. Laura Helsley was identified as the driver and Robert Helsley as the sole passenger of the vehicle.  During the traffic stop a K-9 drug detection dog was requested and deployed around the vehicle for a free-air sniff. The K-9 presented a positive alert to the odor of a controlled substance inside the 2018 Kia Sorento. A subsequent search of the vehicle resulted in the seizure of approximately 28.70 grams of suspected cocaine and approximately 10.40 grams of suspected fentanyl pills from inside the front passenger door compartment of the vehicle where Robert Helsley had been sitting. Robert Helsley and Laura Helsley were both arrested on state charges for felony possession of controlled substances. DEA Agents seized the 2018 Kia Sorento.

10. TFO Ty Volin conducted an interview with Robert Helsley after having advised him of his Miranda Rights. Robert Helsley acknowledged his rights and agreed to speak

with TFO Volin. Robert Helsley relayed the following information regarding the 2018 Kia Sorento that is registered to Robert Helsley: He had paid cash for the vehicle in 2019 or 2020. For the past year he had been exclusively utilizing the 2018 Kia Sorento to drive to the Denver metropolitan area to purchase controlled substances before returning to Cheyenne, Wyoming. He initially started purchasing controlled substances in the Denver metropolitan area approximately five to six years ago but drove other vehicles at that time. For the past year, he would typically purchase at least one ounce of cocaine, and 100 fentanyl pills every 10 to 15 days in the Denver metropolitan area and return to Cheyenne in the 2018 Kia Sorento. Laura Helsley drove the 2018 Kia Sorento with Robert Helsley in the passenger seat to purchase controlled substances in the Denver area because it was the most reliable and comfortable vehicle that he owns. Additionally, he relayed the 2018 Kia Sorento is paid off with no liens on the vehicle. TFO Volin inquired if it would have been more difficult for Robert Helsley to drive to Denver to purchase controlled substances without the 2018 Kia Sorento and he said yes. Robert is unemployed and has no other sources of income.

11. DEA TFO Ty Volin conducted an interview with Laura Helsley after having advised her of her Miranda Rights. Laura Helsley acknowledged her rights and agreed to speak with TFO Volin. Laura Helsley relayed the following: She has driven and traveled with her husband, Robert Helsley in the 2018 Kia Sorento to the Denver area. Laura denied any knowledge of the drugs that were located in the vehicle, and denied Robert met with anyone to purchase drugs. Laura was asked about Robert using her cell phone to contact someone to purchase drugs, and she stated she had no knowledge of that. Laura

was asked how much money she made cleaning houses, and she stated $1,000 to $2,000 a month, plus her $1,200 a month from social security.

12. On April 27, 2026, TFO Volin obtained a copy of the Certificate of Title from the Laramie County Clerk's Office in Cheyenne, Wyoming. The title indicated the 2018 Kia Sorento, bearing VIN: 5XYPGDA59JG408732, was purchased on September 20, 2018, and is titled to Robert Helsley and Laura Helsley.

13. On March 4, 2026, the DEA mailed administrative forfeiture notice for the 2018 Kia Sorento to Robert and Laura Helsley. On March 25, 2026, Robert Helsley filed a claim to the 2018 Kia Sorento.

## COUNT ONE – FORFEITURE
### (21 U.S.C. § 881(a)(4))

14. The United States incorporates by reference the allegations set forth in Paragraphs 1 to 13 above as if fully set forth herein.

15. As required by Supplemental Rule G(2)(f), the facts set forth herein support a reasonable belief that the government will be able to meet its burden of proof at trial. Specifically, there exists probable cause to believe that the Defendant Property: (1) possessed a controlled substance in violation of the Controlled Substances Act (21 U.S.C. § 844); and (2) conspired to transported controlled substances from the State of Colorado to the State of Wyoming in violation of the Controlled Substances Act (21 U.S.C. § 846). Therefore, the Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that notice issue on the Defendant Property as described above; that due notice be given to all parties to appear and show cause why

the forfeiture should not be decreed; that judgment be entered declaring that the Defendant

Property be forfeited to the United States for disposition according to law; and that the United

States be granted such other relief as this Court may deem just and proper, together with the costs

and disbursements of this action.

DATED this 23th day of June 2026.

DARIN D. SMITH
United States Attorney

By: _____

JESSE NAIMAN
Assistant United States Attorney

### VERIFICATION

I, Tyler Volin, a Special Agent with the Drug Enforcement Administration, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the foregoing Verified Complaint for Forfeiture *In Rem*, and that the Complaint is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct to the best of my knowledge and belief.

Executed on this 22nd day of June 2026.


*Tyler Volin*_____
Special Agent Tyler Volin
Drug Enforcement Administration